IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SYLVESTER PREWITT**                                                                       **PLAINTIFF**

No. 3:12-CV-00048-BD

**MICHAEL J. ASTRUE, Commissioner,**                                         **DEFENDANT**
**Social Security Administration**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is REVERSED and this case is REMANDED for further proceedings.

So ordered this 12th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE